18,39,PROSE,REFER

# U.S. District Court
# CENTRAL DISTRICT OF ILLINOIS (Springfield)
# CIVIL DOCKET FOR CASE #: 3:26–cv–03174–SEM–DJQ

Dipesh v. The Univeristy of Chicago

Assigned to: District Judge Sue E Myerscough

Referred to: Magistrate Judge Douglas J Quivey

Cause: 29:754 Discrimination

Date Filed: 05/21/2026

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**Dipesh Singla**                                                    represented by  **Dipesh Singla**
#184, NAC, Shivalik Enclave
Manimajra, Chandigarh 160101
India
PRO SE

V.

**Defendant**

**The University of Chicago**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2026 | 1 | COMPLAINT against The University of Chicago (Filing fee $ 405.), filed by Dipesh Singla. (JPL) Modified on 5/22/2026 to correct parties' names (MJC). (Entered: 05/21/2026) |
| 05/21/2026 | 2 | Exhibit re 1 Complaint by Singla Dipesh. (JPL) (Entered: 05/21/2026) |
| 05/22/2026 | 3 | TEXT ORDER by U.S. District Judge Sue E. Myerscough on 5/22/2026. Before this Court is Plaintiff Dipesh Singla's Complaint (d/e 1 ).Under 28 U.S.C. ' 1391(b), "a civil action may be brought in(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." Id. Plaintiff alleges in his Complaint that venue in the Central District of Illinois is appropriate in this case because a "substantial part of the events giving rise to Plaintiff's claimsincluding his enrollment, employment, disability accommodations requests, complaints of discrimination, and retaliatory termination/expulsion–occurred in Illinois." d/e 1 , p. 2.Based on Plaintiffs Complaint, his enrollment, employment, disability accommodations requests, complaints of discrimination, and alleged retaliatory termination/expulsion all occurred at the University of Chicago. See id. at pp. 4–7. Plaintiff states in his Complaint that the University of Chicago is located at 5801 South Ellis Avenue, Chicago, Illinois. See id. at p. 3. Chicago, Illinois is located within Cook County, Illinois, which is located within the Northern District of Illinois, Eastern Division. See Eastern Division (For Chicago, IL), U.S. DIST. COURT N. DIST. OF ILL. (May 22, 2026, 10:54 AM), https://www.ilnd.uscourts.gov/Pages.aspx?page=PlaceinHolding.Plaintiff's Complaint does not allege that any defendant resides in the Central District of Illinois, that a substantial part of the events |

or omissions giving rise to the claim occurred in the Central District of Illinois, or that there is no district in which this action may otherwise be brought as provided in 28 U.S.C. ' 1391(b). Therefore, Plaintiff does not establish that venue is appropriate in the Central District of Illinois as required by 28 U.S.C. ' 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Northern District of Illinois, which includes Chicago, Illinois. (GL) (Entered: 05/22/2026)